UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECA ORTIZ BAEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KELLERMEYER BERGENSONS SERVICES, LLC, and CARLOS DIAZ, his Community Property and LETICIA RAMIREZ and her Community Property,<br><br>　　　　　　Defendants. | NO: 1:17-CV-3191-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 24. The motion was submitted for consideration without oral argument. Having reviewed the file and the records contained therein, the Court is fully informed.

Plaintiff and the only served Defendant represent they have resolved Plaintiff's causes of action and hereby stipulate to the dismissal of Plaintiff's

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

complaint and all raisable claims with prejudice and without an award of fees or costs to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1) and the parties' stipulation, the above-entitled matter is **DISMISSED** with prejudice and without an award of fees or costs to any party.

2. Any pending motions are **DENIED** as moot and any scheduled hearings are **STRICKEN** from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED September 20, 2018.



THOMAS O. RICE
Chief United States District Judge