# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| REBECA ORTIZ BAEZ,<br>*Plaintiff*<br>v.<br>KELLERMEYER BERGENSONS SERVICES LLC,<br>et al,<br>*Defendant* | Civil Action No. 1:17-CV-3191-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Fed. R. Civ. P. 41(a)(1) and the parties' stipulation, the above-entitled matter is DISMISSED with prejudice and without an award of fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on the parties' Stipulated Motion to Dismiss. (ECF No. 24).

Date: September 20, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry